```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

SIMONE DANIEK,
    Plaintiff,

                      CIVIL NO. 15-6032(NLH)(AMD)

   v.

LUDEK DUDA,                **ORDER**
    Defendant.

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this   17th   day of   August  , 2016

    ORDERED that First MOTION for Sanctions submitted by SIMONE DANIEK [27], MOTION for Default Judgment as to Defendant, Ludek Duda by SIMONE DANIEK [29], and MOTION to Withdraw as Attorney (Jaromir Kovarik, Esq.) by SIMONE DANIEK [36], be, and the same hereby are, DENIED; and it is further

    ORDERED that plaintiff and plaintiff's counsel shall comply with the instructions set forth by the Court in the accompanying Opinion.


                                                  s/ Noel L. Hillman
At Camden, New Jersey           NOEL L. HILLMAN, U.S.D.J.